OVERCASH v. KOON

No. 608P97

Case below: 127 N.C.App. 754

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

PRYOR v. MERTEN

No. 538P97

Case below: 127 N.C.App. 483

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

SPEARS v. CENTURA BANK

No. 541PA97

Case below: 127 N.C.App. 397

Wake County Superior Court

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 5 February 1998. Petition by plaintiff for writ of certiorari to review the order of Superior Court, Wake County, allowed 5 February 1998.

STATE v. BRANSON

No. 523P97

Case below: 127 N.C.App. 556

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998. Motion by Attorney General to dismiss appeal allowed 5 February 1998.

STATE v. BROWN

No. 548P97

Case below: 127 N.C.App. 561

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.